IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MANDAN, HIDATSA, AND ARIKARA NATION, | ) ) ) | Civ. No. 1:20-cv-1918-ABJ |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR; DAVID L. BERNHARDT, in his official capacity as Secretary of the United States Department of the Interior, and DANIEL H. JORJANI, in his official capacity as Solicitor of the United States Department of the Interior, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Order Granting Motion to Intervene by the State of North Dakota**

The motion filed by the State of North Dakota (North Dakota) requesting that it be allowed to intervene is granted. North Dakota may intervene as to Count One issues. North Dakota must file its responsive pleading no later than October 2, 2020, and must conform with motion and briefing deadlines already in place. *See* Doc. #7.

**SO ORDERED.**

_____
AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE

DATE: _____

Attorneys of record entitled to notice of this Order are:

Philip Merle Baker-Shenk
Holland & Knight LLP
1800 17th Street NW, 1100
Washington D.C. 20006
Philip.baker-shenk@hklaw.com

Steven D. Gordon
 Holland & Knight LLP
1800 17th Street NW, 1100
Washington D.C. 20006
steven.gordon@hklaw.com

Timothy W. Billion
Robins Kaplan LLP
140 North Phillips Ave.
Suite 307
Sioux Falls, SD 57104
tbillion@robinskaplan.com

Timothy Q. Purdon
Robins Kaplan LLP
1207 West Divide Ave.
Suite 200
Bismarck, ND 58501
tpurdon@robinskaplan.com

Reuben S. Schifman
Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington D.C. 20044
reuben.schifman@usdoj.gov