UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MANDAN, HIDATSA, AND ARIKARA
NATION,

       Plaintiff

v.

THE UNITED STATES Department of Interior, *et al.*,

       Defendants

Civil Action No.
1:20-cv-01918-ABJ

**JOINT STATUS REPORT**

Pursuant to the Court's order of September 9, 2020 the Parties offer the follow Joint Status Report regarding the administrative record in this case.

The Department of Interior issued the challenged M-Opinion at issue in this case on May 26, 2020. On July 16, 2020, Plaintiff filed a Complaint and moved for preliminary injunction, ECF Nos. 1-2. Consistent with the schedule set by this Court, ECF No. 7, at 2, the Federal Defendants lodged the administrative record and served Plaintiff with an electronic copy on August 26, 2020. The State of North Dakota moved to intervene, and was granted status as intervenor-defendant on August 27, 2020. ECF No. 15. On September 3, 2020, Plaintiff provided counsel for Interior an email list of additional documents it believed should be included within the administrative record. Counsel for Interior replied that he would review these documents and consult with officials at the Department of Interior. That review and consultation was ongoing when Plaintiff filed the instant motion to compel on September 8, 2020. Interior has now reviewed Plaintiffs' requests and agrees to include the following documents:

1

1. May 31, 2019 letter from Fox to Bernhardt.
2. Letter from S. A. Wainwright to Bvt. Brig. Gen. O. D. Greene (Sept. 25, 1869).
3. Bureau of Indian Affairs, MISSOURI RIVER BASIN INVESTIGATIONS, APPRAISAL: LAND, IMPROVEMENTS, SEVERANCE DAMAGES, AND TIMBER TAKING AREA OF GARRISON RESERVOIR, FORT BERTHOLD INDIAN RESERVATION, NORTH DAKOTA, Report No. 96 (June 30, 1949).

Officials at the Department of Interior have reviewed Plaintiff's other requests and concluded that the documents Plaintiff requests to be added were not considered in producing the challenged M-Opinion, or alternately do not exist. The Department will therefore oppose Plaintiff's Motion to complete the record as to the remaining documents consistent with the Court's order of September 9, 2020.

North Dakota defers to the Federal Defendants as to the completeness of the administrative record in response to Plaintiff's Motion. However, North Dakota objects to the extra-record material included in Plaintiff's Motion, and to Plaintiff basing its Motion on statements in its own extra-record declaration.


Dated: September 11, 2020                    Respectfully submitted,

                                             JEAN E. WILLIAMS
                                             DEPUTY ASSISTANT ATTORNEY GENERAL
                                             Deputy Assistant Attorney General
                                             United States Department of Justice
                                             Environment and Natural Resources Division

                                             By: /s/ Reuben Schifman
                                             REUBEN S. SCHIFMAN
                                             JACOB D. ECKER
                                             Trial Attorneys
                                             U.S. Department of Justice
                                             Environment and Natural Resources Division
                                             Natural Resources Section

P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-4224
reuben.schifman@usdoj.gov

*Attorneys for Federal Defendants*

**STATE OF NORTH DAKOTA**
**WAYNE STENEHJEM**
**ATTORNEY GENERAL**

*/s/ Nessa Horewitch Coppinger*

Nessa Horewitch Coppinger
DC Bar No. 477467
James Auslander (*Notice of Appearance pending*)
DC Bar No. 974898
Peter Schaumberg (*Notice of Appearance pending*)
DC Bar No. 913202
Special Assistant Attorneys General
1350 I St. NW, Suite 700
Washington, DC 20005
Telephone: (202) 789-6053
Email: ncoppinger@bdlaw.com
          jauslander@bdlaw.com
          pschaumberg@bdlaw.com

*Attorneys for Intervenor-Defendant State of North Dakota.*

HOLLAND & KNIGHT LLP
*/s/ Steven D. Gordon (by permission)*
Steven D. Gordon (D.C. Bar No. 219287)
Philip Baker-Shenk (D.C. Bar No. 386662)
Holland & Knight LLP
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
steven.gordon@hklaw.com
philip.baker-shenk@hklaw.com
Tel: (202) 955-3000
Fax: (202) 955-5564

*And*

ROBINS KAPLAN LLP
Timothy Q. Purdon (D.C. Bar No. ND0007)

        1207 West Divide Avenue, Suite 200
        Bismarck, ND 58501
        701-255-3000
        TPurdon@RobinsKaplan.com
        Timothy W. Billion (D.C. Bar No. SD0001)
        140 North Phillips Avenue, Suite 307
        Sioux Falls, SD 57104
        605-335-1300
        TBillion@RobinsKaplan.com

        *Attorneys for Plaintiff Mandan, Hidatsa, and Arikara Nation*

## CERTIFICATE OF SERVICE

I, Reuben S. Schifman, hereby certify that on Tuesday September 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Reuben Schifman*___
REUBEN S. SCHIFMAN