# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANDAN, HIDATSA, AND ARIKARA NATION, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Civil Action No.<br>) 1:20-1918-ABJ |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* | )<br>)<br>) |
| *Defendants*. | )<br>) |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

On July 31, 2020 this Court provided an expedited briefing schedule for the Parties' Cross-Motions for Summary Judgment whereby Federal Defendants' consolidated opposition to Plaintiff's cross-motion for partial summary judgment was due on September 1, 2020; Plaintiff's consolidated reply and cross-opposition was due on October 1, 2020; and Federal Defendants' cross-reply was due fourteen days later on October 15, 2020. ECF No. 7.

On August 27, 2020 this Court granted North Dakota's request for intervention. ECF No. 15. The Court provided that Plaintiff's consolidated reply and cross-opposition "will still be due on October 1, but the Court will grant a one week extension if . . . plaintiff requests additional time to file a single, consolidated response." *Id.* Plaintiff did not formally seek such an extension, but did file a consolidated response on October 8, 2020. ECF Nos. 30-31. Federal Defendants and Intervenor the State of North Dakota's respective briefs are currently due five business days later, on October 15. ECF No. 7. This time period is not sufficient to respond to Plaintiff's complex 38-page brief. ECF Nos. 30-31.

1

The Parties have conferred and respectfully request that Federal Defendants' and Intervenor's respective briefs be due fourteen days after Plaintiff's filing, on October 22, 2020.

Dated: October 13, 2020            Respectfully submitted,

PAUL SALAMANCA
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

By: */s/ Reuben Schifman*
REUBEN SCHIFMAN
JACOB D. ECKER
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-4224
reuben.schifman@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I, Reuben S. Schifman, hereby certify that on Tuesday October 13, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Reuben Schifman*___
REUBEN S. SCHIFMAN