UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MANDAN, HIDATSA, AND ARIKARA NATION,<br><br>            Plaintiff<br><br>    v.<br><br>THE UNITED STATES Department of Interior, *et al.*,<br><br>            Defendants | Civil Action No.<br>1:20-cv-01918-ABJ |

## NOTICE

As the Federal Defendants described in a February 1, 2021 Motion to Stay, ECF No. 40, the Department is in the process of reviewing the issues surrounding the M-Opinion challenged in this case, consistent with Executive Order 13990. *See* ECF No. 40; Executive Order 13990, Protecting Public Health and the Environment and Restoring Science to Tackle the Climate Crisis. 86 Fed. Reg. 7037 (Jan. 25, 2020).

On March 19, 2021, "[t]o facilitate the Department's review" the Principal Deputy Solicitor of the Department of the Interior withdrew the May 26, 2020 M-Opinion in order to "enable the Solicitor's Office to further review the opinion and any underlying decisions or positions to which it applies." *See* Exhibit A. Accordingly, the challenged M-Opinion is now withdrawn but the Department's review continues. *See* ECF No. 40.

Dated: March 19, 2021

Respectfully submitted,

JEAN E. WILLIAMS
ACTING ASSISTANT ATTORNEY GENERAL
United States Department of Justice

1

Environment and Natural Resources Division

By: */s/ Reuben Schifman*
REUBEN S. SCHIFMAN
JACOB D. ECKER
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 305-4224
reuben.schifman@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I, Reuben S. Schifman, hereby certify that on March 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and copies will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Reuben Schifman*
REUBEN S. SCHIFMAN